JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br>Administration,<br><br>  Defendant. | Case No. 5:23-cv-00827-SP<br><br>**JUDGMENT** |

  Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: September 25, 2024

_____
SHERI PYM
United States Magistrate Judge